◟JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**  FBI_____

**City**    Provincetown, MA_____          **Related Case Information:**

**County**    Barnstable_____

Superseding Ind./ Inf. _____  Case No.  18cr 10251 ~~   SEALED~~

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number   _____

Search Warrant Case Number   _____

R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name    Bryon Cardozo_____          Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes  ☑ No

Alias Name    _____

Address    (City & State)  Boca Raton, FL_____

Birth date (Yr only): 1984  SSN (last4#): 3820  Sex M          Race: _____          Nationality: _____

**Defense Counsel if known:**    _____          Address  _____

**Bar Number**    _____          _____

**U.S. Attorney Information:**

**AUSA**    Amy Burkart/Mona Sedky_____          Bar Number if applicable    _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:    _____

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of    _____ in    _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:    _____ on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☑ Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

☐ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  8-7-18          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**        Bryon Cardozo _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C § 2261A(2)(B) | Cyberstalking | 1 |
| Set 2 | 18 USC § 875(c) | Interstate Threats | 2 |
| Set 3 | | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____