106545947

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERK'S OFFICE
2018 SEP 18 A 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18Cr 10251-ADB |
| Byron Cardozo | ) | JGD |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

SEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Byron Cardozo**   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

RECEIVED 2018 AUG -7 P 3:30 U.S. MARSHALS SERVICE

Date:   08/07/2018

_David H. Hennessy_
*Issuing officer's signature*

City and state:   Boston, MA

David H. Hennessy, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   8/23/2018

*Arresting officer's signature*

*Printed name and title*