## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 18-CR-10251-ADB |
| v. | 18 U.S.C. § 2261A(2)(B) (Cyberstalking) |
| BYRON CARDOZO, | 18 U.S.C. § 875(c) (Interstate Threats) |
| Defendant | 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 (Criminal Forfeiture) |

<u>JOINT STATUS REPORT</u>

Pursuant to Local Rule 116.5(A), the United States of America and the defendant submit this joint status report in advance of the Initial Status Conference, which is scheduled for November 2, 2018 at 10:55 a.m.

1.    <u>Automatic Discovery Status</u>

The government produced automatic discovery on October 24, 2018.

2.    <u>Additional Discovery</u>

There are no discovery requests pending.   The government has produced all materials that it intends to produce, with the exception of the forensic reports from electronic devices seized at the time of arrest, which are currently in the process of being forensically processed and examined.

3.    <u>Protective Orders</u>

The parties do not request a protective order at this time.   The parties have agreed to

1

redact the names of the victims in any public filings in the case.

4.      Motion Date

Defense counsel requests additional time to review the discovery produced by the government prior to determining whether to file any dispositive motions.   Accordingly, the parties request an interim status conference date, prior to the Final Status Conference, at which point a motion date may be set, in approximately thirty days.

5.      Expert Discovery

The government intends to offer evidence obtained from forensic devises obtained at the time of arrest and search.   The government anticipates calling a witness who will detail the forensic processes used to examine and extract data from the defendant's electronic devices. The government will provide timely notice of the identity and credentials of its witness, assuming this witness must be qualified as an expert, not less than 21 days before any trial in this matter.   At this time, the government does not anticipate offering any additional expert testimony at trial.

6.      Speedy Trial Act Calculations

The parties jointly request that the time from the Interim Status Conference today, on November 2, 2018, to the next Interim Status Conference be excluded from Speedy Trial Act calculations.   Exclusion of this time will allow the parties to review discovery and to explore disposition of this case short of trial and is in the interests of justice.   The parties anticipate requesting approximately 30 additional days until the next interim status conference.

Respectfully submitted,

JANE PEACHY                                    ANDREW E. LELLING
                                               UNITED STATES ATTORNEY


*s/Jane Peachy*                                *s/Amy Harman Burkart*
Jane Peachy Esq.                               By:   Amy Harman Burkart
Assistant Federal Public Defender              Assistant U.S. Attorney
Counsel for Byron Cardozo

Dated: November 2, 2018