**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **DOCKET NO. 18-CR-10251-ADB** |
| ) | |
| **BYRON CARDOZO** ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw from representation of the defendant in this matter. As grounds therefor, counsel notes that Attorney John L. Calcagni, III has entered his appearance on behalf of the defendant in this matter.

.

        */s/ Jane Peachy*
        Jane Peachy, BBO#661394
        Assistant Federal Public Defender
        Federal Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 11, 2018.

.

        */s/ Jane Peachy*
        Jane Peachy