UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
18-10251-ADB

UNITED STATES OF AMERICA

v.

BYRON CARDOZO

**INTERIM STATUS REPORT**

February 28, 2019

DEIN, M.J.

An Interim Status Conference was held before this court on February 28, 2019 pursuant to the provisions of Local Rule 116.5(b). Based on that Conference, this court enters the following report and orders to wit:

1. The parties are discussing whether the defendant will consent to the further review of his electronic devices, or if further warrants will be needed.

2. Except for the results of additional searches of the defendant's electronic devices, the government does not expect to produce additional discovery except in response to specific requests and in accordance with the Local Rules.

3. The date for filing dispositive motions will be set at the next status conference.

4. The government will produce its expert discovery 21 days prior to trial.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of February 28, 2019 through March 20, 2019, that being the period between the expiration of the last order of excludable time and the next status conference.

   Based upon the prior orders of the court dated September 14, 2018, November 2, 2018, January 23, 2019 and the order entered contemporaneously herewith, at the time of the Final Status Conference on March 20, 2019, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

[2]

6. A Final Status Conference has been scheduled for March 20, 2019 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

                                           / s / Judith Gail Dein
                                           JUDITH GAIL DEIN
                                           UNITED STATES MAGISTRATE JUDGE